**Opinion issued September 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00019-CV

————————————

**RAMESH KAPUR, D/B/A AIC MANAGEMENT COMPANY, Appellant**

**V.**

**WINFIELD II OWNERS ASSOCIATION INC., RANDALL MANAGEMENT INC., AND CASEY LAMBRIGHT, Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-45991**

---

## MEMORANDUM OPINION

Appellant Ramesh Kapur, d/b/a AIC Management Company has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief).

Appellant's brief was first due on August 1, 2016.[1]  After being notified that this appeal was subject to dismissal, appellant did not respond.  *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.

---

[1]  We dismissed this appeal on June 9, 2016, for failure to make financial arrangements for the filing of the clerk's record.  Kapur subsequently filed a motion for rehearing and filed the clerk's record on June 16, 2016.  Accordingly, we granted rehearing, reinstated the appeal, and set appellant's brief due on August 1, 2016.